**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Prime Therapeutics, LLC, | Civil No. 08-375 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Omnicare, Inc., | |
| Defendant. | |

_____

Although counsel's March 7, 2008, letter request for an extension of the schedule for submitting briefs is both untimely and without good cause, the request is **GRANTED**. There will be no further extensions with respect to the briefing schedule.

Dated: March 7, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge